**John TENNISON; Antoine Goff,**
**Plaintiffs—Appellees,**

v.

**CITY AND COUNTY OF SAN FRAN-CISCO; San Francisco Police Department; Prentice Earl Sanders; Napoleon Hendrix, Defendants,**

**and**

**George Butterworth, Defendant—Appellant.**

**John Tennison; Antoine Goff,**
**Plaintiffs—Appellees,**

v.

**City and County of San Francisco; San Francisco Police Department; George Butterworth, Defendants,**

**and**

**Prentice Earl Sanders; Napoleon Hendrix, Defendants—Appellants.**

Nos. 06–15260, 06–15426.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 12, 2007.

Filed Sept. 22, 2008.

Ethan A. Balogh, Federal Defenders of San Diego, Inc., San Diego, CA, Elliot R.

Peters, Esq., Keker & Van Nest, LLP, Randolph Daar, Esq., Serra, Lichter, Daar, Bustamante, Gilg & Greenberger, Pier, Five, North, John Houston Scott, Esq., The Scott Law Firm, San Francisco, CA, for Plaintiffs–Appellees.

Christine Van Aken, Esq., Office of the City Attorney, San Francisco, CA, for Defendant–Appellant.

Before: HAWKINS, TASHIMA, and THOMAS, Circuit Judges.

ORDER

Appellee Antoine Goff's Motion to Dismiss Claim Against George Butterworth, for Entry of Judgment in Butterworth's Favor, and for Resubmission of Pending Appeals is **GRANTED.**

These cases are **resubmitted** for decision as of the filed date of this Order.

Butterworth's appeal is **dismissed** and his case is **remanded** to the district court for the **limited** purpose of entering judgment in Goff's lawsuit against Butterworth in Butterworth's favor. **No costs.**